IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDDIE LEE ROBINSON                                                    PLAINTIFF

    vs.                        5:08CV00241-WRW

ARKANSAS CONVALESCENT CENTER                         DEFENDANT

<u>ORDER</u>

Plaintiff having been granted leave of court to proceed in forma pauperis,

IT IS ORDERED THAT, pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, the U.S. Marshal for the Eastern District of Arkansas is directed to serve the summons and complaint on the defendant(s) in this action without costs.

The Marshal shall serve the summons pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure.

Dated this 2nd day of September, 2008.

                                                         <u>/s/Wm. R. Wilson, Jr.</u>
                                              UNITED STATES DISTRICT JUDGE

----------------------------
NOTE: Plaintiff is hereby notified of his responsibility to comply with the Rules of the Court, including Rule 5.5(c)(2), which states:
    It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the court to a <u>pro se</u> plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding <u>pro se</u> shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.