IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EDDIE LEE ROBINSON**                                                                                    **PLAINTIFF**

**v.**                                             **5:08-CR-00241-WRW**

**ARKANSAS CONVALESCENT CENTER**                                        **DEFENDANT**

**ORDER**

Pending is Defendant's Motion To Dismiss Pursuant to Rule 12(b)(6) Of The Federal Rules of Civil Procedure (Doc. No. 10). Plaintiff has responded (Doc. No. 14). Defendant's Motion is DENIED without prejudice.

Plaintiff is directed to submit by 5:00 p.m. on Monday, November 10, 2008, an amended complaint that describes Plaintiff's allegations of age discrimination. Plaintiff is also directed to submit, along with his amended complaint, a copy of the EEOC Charge of Discrimination Plaintiff filed.

IT IS SO ORDERED this 21st day of October, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE