**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**EDDIE LEE ROBINSON**                                                              **PLAINTIFF**

v.                                           **5:08CV00241-WRW**

**ARKANSAS CONVALESCENT CENTER**                                  **DEFENDANT**

## JUDGMENT

Based on an Order entered this day granting Defendant's Motion To Dismiss, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 23rd day of December, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE